JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALI M. BEY, | Case No. 2:24-cv-01591-FLA (JDE) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES COUNTY, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT this action is DISMISSED with prejudice.

Dated: July 1, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge